# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143404 & (48)(49)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ESTATE OF ANTHONY B. LAGOS, through
its Personal Representative, BASILE J. LAGOS,
            Plaintiff-Appellant,

v

WILLIAM DAVIS, III, and MAPLE VILLAGE
SELF STORAGE, INC.,
            Defendants-Appellees.
_____/

SC: 143404
COA: 296837
Washtenaw CC: 08-000669-NO

On order of the Court, the motion for immediate consideration is GRANTED and the motion to file a supplemental brief is DENIED. The application for leave to appeal the June 9, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

t0319